IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05MC45

| | |
|---|---|
| OPTIMUM TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HENKEL CONSUMER ADHESIVES, ) | |
| INC. And HENKEL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon a Motion to Quash Subpoena directed to Lowe's Companies, Inc., a non-party witness. The court is informed that this motion is now moot. Accordingly,

IT IS THEREFORE ORDERED that this Motion to Quash is hereby DENIED AS MOOT.

Signed: February 24, 2006

Graham C. Mullen
United States District Judge